FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

_Jacksonville_ Division

2020 SEP 10 AM 11: 22

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

### CIVIL RIGHTS COMPLAINT FORM

_Melvin Woodard_

CASE NUMBER: 4:20-CV-313-WS-MAF

(To be supplied by Clerk's Office)

3:20CV1019-J-32PDB

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

_A. Robinson - LPN - nurse_

RECEPTION AND MEDICAL CENTER
DATE: 9-4-20
INMATE INITIALS: M W

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

_____/

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  PLACE OF PRESENT CONFINEMENT: RMC   P.O. Box 1028
    (Indicate the name and location)
    Lake Butler Fl 32054

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is
    required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
    or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the
    administrative grievance process was not completed prior to filing this lawsuit may be subject
    to dismissal.**

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)

1

A.  Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (✗) No (   )

B.  Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (✗)   No (   )

C.  If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

    1.  Parties to previous lawsuit:

        Plaintiff(s): _melvin Wooden_

        Defendant(s): _Derez - Lugo_

    2.  Court (if federal court, name the district; if state court, name the county): _U.S. District Court_

    3.  Docket Number: _21_

    4.  Name of judge: _Brian J. Davis - James R Klindt._

    5.  Briefly describe the facts and basis of the lawsuit: _There was delay in his staff having me appointed for the Optometrist and eye specialist_

    6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _Still pending_

    7.  Approximate filing date: _6-22-20_

    8.  Approximate disposition date: _6-22-20_

D.  Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

DC 225 (Rev 2/2012)                                2

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

IV.    PARTIES:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.    Name of Plaintiff:    Melvin Woodard

Mailing address:    P.O. 1028        RMC

Lake Butler Fl. 32054

B.    Additional Plaintiffs:    ~~████~~  ~~████~~

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.    Defendant:    Mrs. Wilson

Mailing Address:    Columbia Correctional Inst. Annex

Lake City Fl 32025

Position:    ~~████~~  ~~████~~ ~~█~~  LPN-nurse

Employed at:    Columbia Correctional Ins Annex

D.    Defendant:    Gaylord

Mailing Address:    Columbia Correctional Inst. Annex

Lake City Fl 32025    216 S.E Corrections Way

DC 225 (Rev 2/2012)                    3    RECEPTION AND MEDICAL CENTER
                                        DATE: 9-4-80
                                        INMATE INITIALS: M.W.

Position: _____ LPN - nurse _____

Employed at: _____ Columbia Correctional Inst Annex _____

E.    Defendant: _____ Tapia Wallace _____

Mailing Address: _____ Columbia Correctional Inst Annex _____

_____ Lake City Fl 32025  216 S.E Corrections Way _____

Position: _____ Officer C.O _____

Employed at: _____ Columbia ~~Correction~~ Correction Inst Annex _____

F.    Defendant: _____ A. Robinson _____

Mailing Address: _____ Columbia Corrections Inst Annex _____

_____ 216 S.E. Corrections Way Lake City Fl 32025 _____

Position: _____ LPN - nurse _____

Employed at: _____ Columbia Corrections Inst. Annex _____

G.    Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

V.    STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

_____

_____

_____

_____

_____

_____

VI.    STATEMENT OF FACTS: State as briefly as possible the FACTS of your case.  Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.    Name and position of person(s) involved.
2.    Date(s).
3.    Place(s).
4.    Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.    Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

_____

_____

_____

_____

_____

_____

_____

_____

DC 225 (Rev 2/2012)

VII.    <u>RELIEF REQUESTED</u>: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _____ day of _____, 2_____.

_____

_____

(Signatures of all Plaintiffs)

## IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _____ day of _____, 20____.

RECEPTION AND MEDICAL CENTER
DATE: 9-4-2
INMATE INITIALS: m u

DC 225 (Rev 2/2012)                    7